

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Robert J. Johnson,

\* From the 142nd District Court
of Midland County,
Trial Court No. CV-49,544.

Vs. No. 11-14-00296-CV

\* June 8, 2017

Oscar O. Tena and Michael Garcia,

\* Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Robert J. Johnson.